IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:11-cv-00427 (JCH) |
| vs. | ) | |
| | ) | |
| FESTIVAL FUN PARKS, LLC, | ) | |
| d/b/a LAKE COMPOUNCE | ) | May 16, 2011 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ANSWER OF DEFENDANT FESTIVAL FUN PARKS, LLC
TO PLAINTIFF'S COMPLAINT**

Defendant Festival Fun Parks LLC, ("Festival Fun Parks" or "Defendant") responds as follows to the Complaint of Plaintiff Andrew Adams ("Plaintiff"):

**PARTIES**

1.      Defendant is without sufficient knowledge to admit or deny the allegations contained in this paragraph and, therefore, denies these allegations.

2.      Admitted.

3.      Plaintiff's alleged status as an employee under the Americans with Disabilities Act of 1990 ("ADA"), Title VII, and the Connecticut Fair Employment Practices Act, C.G.A. § 46a-60(a)(1) et. seq. are conclusions of law to which no response is required.  To the extent these allegations are deemed to be factual, they are denied.

4.      Defendant's alleged status as an employer under the ADA, Title VII, and the Connecticut Fair Employment Practices Act, C.G.A. § 46a-60(a)(1) et. seq. are conclusions of

law to which no response is required.  To the extent these allegations are deemed to be factual, they are denied.

## JURISDICTION AND VENUE

5.      Defendant admits that this Court has jurisdiction over the claims asserted in Plaintiff's Complaint but denies that Plaintiff has properly pled any cause of action or is entitled to any relief pursuant to any law.

6.      Defendant admits that venue is proper in this Court but denies that Plaintiff has properly pled any cause of action or is entitled to any relief pursuant to any law.

## GENERAL ALLEGATIONS

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and therefore denies the same.

8.      Admitted.

9.      Admitted.

10.     Admitted.

11.     Admitted.

12.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied.

Error! Unknown document property name.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Defendant admits that John Fitch counseled Plaintiff that it was important that he maintain a positive working relationship with his co-workers.  Defendant denies the remaining allegations set forth in this paragraph  of the Complaint.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Defendant admits that Plaintiff discussed with Jerry Brick the possibility of exploring a different position.  Defendant denies the remaining allegations set forth in this paragraph of the Complaint.

26.     Admitted.

27.     Defendant admits that it advised Plaintiff that because he did not have sufficient painting experience, he was not qualified to work in the paint department.  Defendant denies the remaining allegations set forth in this paragraph of the Complaint.

28.     Denied.

29.     Denied.

30.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

31.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

32.   Denied.

33.   Defendant is without sufficient knowledge to admit or deny the allegations contained in this paragraph and, therefore, denies these allegations.

34.   Defendant is without sufficient knowledge to admit or deny the allegations contained in this paragraph and, therefore, denies these allegations.

35.   Defendant is without sufficient knowledge to admit or deny the allegations contained in this paragraph and, therefore, denies these allegations.

36.   Exhibit "A" to the Complaint is a document in writing that speaks for itself, and plaintiff's characterization of that document is denied.   Defendant is without sufficient knowledge to admit or deny the remaining allegations contained in this paragraph and, therefore, denies these allegations.

## **FIRST COUNT**

1(a).[1]   Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 36 of the Complaint as if fully set forth herein.

37.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

---

[1]   Plaintiff's Complaint numbers the first paragraph of each "count" as "1."  For ease of reference, Defendant re-numbers these paragraphs as 1(a) through 1(h).

4

Error! Unknown document property name.

38.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

a.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

b.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

c.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

d.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

39.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

40.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

41.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

42.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

43.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

<u>**SECOND COUNT**</u>

1(b).     Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 43 of the Complaint as if fully set forth herein.

44.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

a.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

b.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

    c.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    d.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    e.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    f.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

45.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

46.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

47.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

48.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

49.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

## THIRD COUNT

1(c).     Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 49 of the Complaint as if fully set forth herein.

50.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

   a.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

   b.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

   c.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

d.  The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

e.  The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

f.  The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

51.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

52.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

53.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

54.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

55.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

## FOURTH COUNT

1(d).    Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 55 of the Complaint as if fully set forth herein.

56.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    a.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    b.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    c.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    d.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

    e.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

    f.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

57.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

58.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

59.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

60.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

61.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

## FIFTH COUNT

Error! Unknown document property name.

1(e).     Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 61 of the Complaint as if fully set forth herein.

62.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

63.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

64.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

65.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

66.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

67.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

## SIXTH COUNT

1(f).     Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 67 of the Complaint as if fully set forth herein.

Error! Unknown document property name.

68.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

69.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

70.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

71.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

72.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

73.     The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.   To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

## <u>SEVENTH COUNT</u>

1(g).     Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 73 of the Complaint as if fully set forth herein.

Error! Unknown document property name.

74.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

a.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

b.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

75.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

76.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

77.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

78.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

**EIGHTH COUNT**

14

1(h).    Defendant hereby repeats and re-alleges its responses to paragraphs 1 through 78 of the Complaint as if fully set forth herein.

79.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

     a.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

     b.    The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

80.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

81.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

82.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

83.   The allegations in this paragraph of Plaintiff's Complaint constitute conclusions of law to which no response is required.  To the extent that any aspects of this paragraph of Plaintiff's Complaint are deemed factual, they are denied.

Error! Unknown document property name.

**Error! Unknown document property name.**

## ANSWER TO "DEMAND FOR RELIEF"

Defendant denies that Plaintiff is entitled to any relief prayed for in the "Demand for Relief" of the Complaint or that any relief is appropriate in this case.

## GENERAL DENIAL

Any allegation in the Complaint not heretofore specifically admitted or denied is hereby denied.

## AFFIRMATIVE DEFENSES

## FIRST DEFENSE

Defendant's employment action or inaction was based upon lawful reasons not in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Americans with Disabilities Act, and the Connecticut Fair Employment Practices Act, or any other federal, state, or local law.

## SECOND DEFENSE

Plaintiff is barred from alleging in this action all matters under Title VII, the Americans with Disabilities Act, or the Connecticut Fair Employment Practices Act which were not the subject of: (1) a timely charge of discrimination filed with the EEOC and/or CHRO which named Defendant, or (2) a right to sue notice issued by the EEOC and/or the CHRO.

## THIRD DEFENSE

Defendant is not liable under Title VII, the Americans with Disabilities Act, or the Connecticut Fair Employment Practices Act because its employment action or inaction was based upon legitimate business reasons and/or because it would have taken the same employment action or inaction related to Plaintiff even in the absence of the alleged impermissible motivating factor.

17

Error! Unknown document property name.

**FOURTH DEFENSE**

Plaintiff's claims for discrimination under Title VII and the Connecticut Fair Employment Practices Act are barred because Plaintiff cannot allege a prima facie case of discrimination.

**FIFTH DEFENSE**

Plaintiff unreasonably failed to take advantage of preventative or corrective opportunities provided by Defendant or to avoid harm otherwise.

**SIXTH DEFENSE**

Plaintiff did not suffer any damages for which he is entitled to relief.

**SEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, because his own acts or omissions caused or contributed to any alleged loss or injury.

**EIGHTH DEFENSE**

Any injury for which Plaintiff may be seeking relief was caused, in whole or in part, by the conduct of others for whom Defendant is not liable.

**NINTH DEFENSE**

To the extent Plaintiff claims back pay damages and/or damages relating to lost pay or pay increases, bonuses, benefits, training, promotion, pension or seniority, any such damages awarded must be reduced by Plaintiff's actual earning and/or the amount Plaintiff could have earned with reasonable diligence.

Error! Unknown document property name.

## TENTH DEFENSE

In the event Plaintiff is determined to be entitled to back pay, front pay, and/or damages relating to lost pay or pay increases, bonuses, benefits, training, promotion, pension or seniority, Plaintiff failed to mitigate his damages.

## ELEVENTH DEFENSE

Plaintiff may not recover back pay and/or damages relating to lost pay or pay increases, bonuses, benefits, training, promotion, pension or seniority, for any periods of time during which Plaintiff did not, and/or was unable to, work.

## TWELFTH DEFENSE

Defendant's alleged action or inaction was not taken with malice or with reckless indifference to the protected rights of Plaintiff so as to entitle Plaintiff to punitive damages under Title VII, the Connecticut Fair Employment Practices Act, or the Americans with Disabilities Act.

## THIRTEENTH DEFENSE

Plaintiff's claim for punitive damage against Defendant is barred because any alleged discriminatory employment decision of managing agents were contrary to Defendant's good faith efforts to comply with Title VII the Connecticut Fair Employment Practices Act, and the Americans with Disabilities Act.

## FOURTEENTH DEFENSE

Plaintiff cannot recover punitive damages and, therefore, any such claim should be dismissed.

Error! Unknown document property name.

## FIFTEENTH DEFENSE

Plaintiff is not entitled to punitive damages as Defendant, at all times relevant to this suit, acted in good faith with regard to Plaintiff and had reasonable ground for believing that its actions did not violate any law.

## SIXTEENTH DEFENSE

Subject to reasonable opportunity for investigation and discovery, Plaintiff's claims are limited or barred by the doctrines of unclean hands, laches, estoppel, waiver, release and/or other equitable defenses.

## SEVENTEENTH DEFENSE

Plaintiff's Complaint, in whole or part, fails to state a claim upon which relief can be granted.

## EIGHTEENTH DEFENSE

Plaintiff's claims are barred, in whole or part, by all applicable statutes of limitation governing the claims advanced by Plaintiff.

## NINETEENTH DEFENSE

Plaintiff is not entitled to equitable relief insofar as he has an adequate remedy at law.

## TWENTIETH DEFENSE

Plaintiff is not disabled.

## TWENTY-FIRST DEFENSE

Defendant's actions were based on requirements that are job-related and consistent with business necessity.

20

## TWENTY-SECOND DEFENSE

Defendant did not take a tangible adverse employment action against Plaintiff.

## TWENTY-THIRD DEFENSE

Plaintiff unreasonably failed to take advantage of preventative and/or corrective opportunities or procedures provided by or afforded by Defendant.

## TWENTY-FORTH DEFENSE

Defendant reserves the right to assert any additional defenses that further investigation and discovery may reveal to be applicable.

**WHEREFORE**, Defendant prays that this Court enter judgment in its favor and against Plaintiff and award defendant its reasonable attorneys' fees and costs, and award such other relief as may be just and proper in this case.


Date:  November 2, 2011                              Respectfully submitted,


                                                     FISHER & PHILLIPS LLP


                                                     */s/Risa B. Boerner*
                                                     Risa B. Boerner, Esquire
                                                     Fisher & Phillips LLP
                                                     Radnor Financial Center
                                                     201 King of Prussia Road, Suite 650
                                                     Radnor, Pennsylvania  19087
                                                     (610) 230-2132
                                                     (610) 230-2151 (FAX)
                                                     rboerner@laborlawyers.com

                                                     *Counsel for Defendant Festival Fun
                                                     Parks LLC*

Error! Unknown document property name.

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2011, a copy of the foregoing Answer and Affirmative Defenses to Plaintiff's Complaint was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.



/s/ *Risa B. Boerner*
Risa B. Boerner

**Error! Unknown document property name.**