# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW ADAMS, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:11 cv 00427 (JCH) |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| FESTIVAL FUN PARKS, LLC, d/b/a | : | |
| LAKE COMPOUNCE THEME PARK, | : | |
| | : | |
| Defendant. | : | September 6, 2011 |

**Jury Trial Demanded**

### FIRST AMENDED COMPLAINT

Plaintiff, Andrew Adams, by and through his attorneys, Sabatini and Associates,

LLC, complaining of the defendant, respectfully alleges:

### PARTIES

1. Plaintiff Andrew Adams is a Connecticut citizen residing in the City of Bristol.

2. Defendant, Festival Fun Parks, LLC d/b/a Lake Compounce Theme Park. is a

limited liability company organized and existing under the laws of the State of Delaware.

Defendant's principal place of business is 4590 Macarthur Blvd., Newport Beach,

California.

3. At all times material, plaintiff is an employee within the meaning of the

Americans With Disabilities Act of 1990 (ADA), Title VII and the Connecticut Fair

Employment Practices Act 46a-60(a)(1) *et seq.*

4. At all times material, defendant is an employer within the meaning of the

ADA, Title VII and the Connecticut Fair Employment Practices Act 46a-60(a)(1) *et seq.*

16. Defendant, by and through its employees, threw and smashed an apple on plaintiff's truck.

17. Defendant, by and through its employee, Walters, told the plaintiff that being on his knees was his best position and that he liked being on his knees because he liked guys so much.

18. Walters would repeatedly make the above-referenced comment when plaintiff was required to get on his knees to perform his job duties.

19. Defendant, by and through its employees Walters, told the plaintiff that he "had" plaintiff's mother last night and that she was good.

20. Plaintiff complained to his immediate supervisor, John Fitch, about the harassment.

21. Fitch told the plaintiff that he would have to deal with it if he wanted to work in the department.

22. Fitch failed to end the harassment.

23. Upon information and belief, Fitch failed to make any effort to end the harassment.

24. Plaintiff spoke to Fitch's supervisor, Mario Abela about the harassment by Walters and was told to give Walters a chance and that he was not so bad.

25. Plaintiff spoke to defendant's general manager, Jerry Brick, and asked if he could find a new position to work because of the problems he was having.

26. Plaintiff asked if he could work in the painting department.

27. Defendant told the plaintiff that there were no open positions in the painting department.

28.  On October 31, 2009, defendant terminated plaintiff's employment.

29.  At all times material, defendant was aware of plaintiff's mental disability.

30.  Defendant sexually harassed the plaintiff and harassed the plaintiff on the basis of his disability.

31.  At all times material, plaintiff's disability does not prevent him from performing the essential functions of his job with or without a reasonable accommodation.

32.  Any excuse to be given by the defendant regarding plaintiff's termination would be a pretext for the termination.

33.  Plaintiff filed charges on the following date: February 22, 2010 with the Equal Employment Opportunity Commission (EEOC).

34.  Plaintiff's receipt of the right to sue letter is pending.

35.  Plaintiff filed charges on the following date: February 22, 2010, with the Commission on Human Rights and Opportunities (CHRO).

36.  Plaintiff received a release of jurisdiction (copy attached as Exhibit 1) on the following date: December 29, 2010.

## FIRST COUNT
### (Disability Discrimination In Violation Of The ADA)

1.  Plaintiff repeats the allegations in paragraphs 1 through 41 above as if fully incorporated herein.

37.  Defendant's actions violate the Americans With Disabilities Act of 1990 as amended, which prohibits discrimination on the basis of disability.

38.  Defendant, by and through its agents and/or employees, violated the Americans With Disabilities Act, in one or more of the following ways:

(a)     In that defendant interfered with plaintiff's privilege of employment on the basis of plaintiff's disability;

(b)     In that defendant discriminated against the plaintiff in such a way that it adversely affected his status as an employee including termination;

(c)     In that defendant terminated plaintiff's employment; and

(d)     In that defendant treated the plaintiff adversely different from similarly situated non-disabled employees;

39. As a direct and proximate result of defendant's unequal treatment and discrimination, plaintiff has been deprived of his employment and equal employment opportunities because of her disability.

40. As a further direct and proximate result of defendant's discrimination of the plaintiff, plaintiff has been deprived of income, wages, and benefits.

41. As a further result of defendant's termination and discrimination of the plaintiff, plaintiff has suffered severe humiliation, embarrassment, emotional distress, and harm to professional reputation.

42. Plaintiff has suffered and will continue to suffer injuries and losses as a result of defendant's wrongful and discriminatory acts.

43. Defendant's conduct towards the plaintiff was arbitrary and discriminatory all in violation of the ADA. The defendant exhibited ill will, malice, improper motive and indifference to the plaintiff's civil rights by terminating his employment on the basis of his disability.

## SECOND COUNT
### (Disability Discrimination in Violation of C.G.S. §46a-60(a)(1))

1. Plaintiff repeats the allegations in paragraphs 1 through 43 above as if fully incorporated herein.

44. Defendant, by and through its agents, servants, and/or employees, violated the Connecticut Fair Employment Practices Act C.G.S. §46a-60a *et seq.* in one or more of the following ways.

    a.     In that defendant interfered with plaintiff's privilege of employment on the basis of plaintiff's disability;

    b.     In that defendant limited and classified the plaintiff by his disability in such a way that deprived him of opportunities and recognition given to other similarly situated coworkers;

    c.     In that defendant discriminated against the plaintiff in such a way that adversely affected his status as an employee;

    d.     In that defendant treated the plaintiff adversely different from similarly situated non-disabled employees;

    e.     In that defendant terminated plaintiff's employment on account of his disability; and

    f.     In that defendant intentionally discriminated against the plaintiff;

45. As a direct and proximate result of defendant's unequal treatment and discrimination, plaintiff has been deprived of his employment and equal employment opportunities because of his disability.

46. As a further direct and proximate result of defendant's discrimination of the plaintiff, plaintiff has been deprived of income, wages, and benefits.

47.  As a further result of defendant's termination and discrimination of the plaintiff, plaintiff has suffered severe humiliation, embarrassment, emotional distress, and harm to professional reputation.

48.  Plaintiff has suffered and will continue to suffer injuries and losses as a result of defendant's wrongful and discriminatory acts.

49.  Defendant's conduct towards the plaintiff was arbitrary and discriminatory all in violation of the C.G.S. Section 46a-60(a)(1).  The defendant exhibited ill will, malice, improper motive and indifference to the plaintiff's civil rights by terminating him employment on the basis of his disability.

### THIRD COUNT
**(Gender Discrimination in Violation of C.G.S. §46a-60(a)(1))**

1.  Plaintiff repeats the foregoing allegations as if the same were repeated herein.

50.  Defendant's actions violated Connecticut Fair Employment Practices Act, C.G.S. §46a-60(a)(1) as amended, which prohibit discrimination on the basis of gender in one or more of the following ways:

(a)     In that defendant terminated plaintiff's employment because of his gender;

(b)     In that defendant interfered with plaintiff's privilege of employment on the basis of plaintiff's gender;

(c)     In that defendant limited and classified the plaintiff by his gender in such a way that deprived herein of opportunities and recognition given to other similarly situated coworkers;

(d)     In that defendant discriminated against the plaintiff in such a way that adversely affected his status as an employee;

(e)     In that defendant treated the plaintiff adversely different from similarly situated non-male employees; and

(f)     In that defendant discriminated against the plaintiff because the plaintiff did not act more masculine thus did not fit a stereotype of his gender.

51. As a direct and proximate result of defendant's discrimination and wrongful termination, plaintiff has been deprived of his employment and equal employment opportunities because of his gender.

52. As a further direct and proximate result of defendant's discrimination of the plaintiff, plaintiff has been deprived of income, wages and benefits.

53. As a further result of defendant's termination and discrimination of the plaintiff, plaintiff has suffered severe humiliation, embarrassment and emotional distress.

54. Plaintiff has suffered and will continue to suffer injuries as a result of defendant's wrongful and discriminatory acts.

55. Defendant's termination and unequal treatment of the plaintiff was arbitrary, unreasonably discriminatory and retaliatory all in violation of Connecticut's Fair Employment Practices Act. The defendant exhibited ill will, malice, improper motive, and indifference to the plaintiff's civil rights by terminating him on the basis of his gender.

## FOURTH COUNT
### (Gender Discrimination in Violation of Title VII)

1. Plaintiff repeats the foregoing allegations as if the same were repeated herein.

56. Defendant's actions violated Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991 in one or more of the following ways.

(a)     In that defendant terminated plaintiff's employment because of his gender;

(b)     In that defendant interfered with plaintiff's privilege of employment on the basis of plaintiff's gender;

(c)     In that defendant limited and classified the plaintiff by his gender in such a way that deprived herein of opportunities and recognition given to other similarly situated coworkers;

(d)     In that defendant discriminated against the plaintiff in such a way that adversely affected his status as an employee;

(e)     In that defendant treated the plaintiff adversely different from similarly situated non-male employees; and

(f)     In that defendant discriminated against the plaintiff because the plaintiff did not act more masculine thus did not fit a stereotype of his gender.

57.  As a direct and proximate result of defendant's discrimination and wrongful termination, plaintiff has been deprived of his employment and equal employment opportunities because of his gender.

58.  As a further direct and proximate result of defendant's discrimination of the plaintiff, plaintiff has been deprived of income, wages and benefits.

59.  As a further result of defendant's termination and discrimination of the plaintiff, plaintiff has suffered severe humiliation, embarrassment and emotional distress.

60.  Plaintiff has suffered and will continue to suffer injuries as a result of defendant's wrongful and discriminatory acts.

61.  Defendant's termination and unequal treatment of the plaintiff was arbitrary, and unreasonably discriminatory all in violation of Title VII. The defendant exhibited ill will, malice, improper motive, and indifference to the plaintiff's civil rights by

terminating him on the basis of his gender.

## FIFTH COUNT
### (Hostile Work Environment Sexual Harassment In Violation of Title VII)

1. Plaintiff repeats the foregoing allegations as if the same were repeated herein.

62. Plaintiff was repeatedly subjected to sexual harassment by his co-worker.

The harassment was repetitious and continuous.

63. The harassment was unwelcome.

64. The harassment was based upon his gender and was sexual in nature.

65. Plaintiff subjectively, reasonably and objectively perceived his work

environment to be hostile.

66. Defendant knew or should have known that the plaintiff was being sexually

harassed and unreasonably failed to stop the sexual harassment.

67. As a direct and proximate result of the hostile work environment sexual

harassment, plaintiff suffered damages.

## SIXTH COUNT
### (Hostile Work Environment Sexual Harassment In Violation of C.G.S. §46a-60(a)(1)))

1. Plaintiff repeats the foregoing allegations as if the same were repeated herein.

68. Plaintiff was repeatedly subjected to sexual harassment by his co-worker. The

harassment was repetitious and continuous.

69. The harassment was unwelcome.

70. The harassment was based upon his gender and was sexual in nature.

71. Plaintiff subjectively, reasonably and objectively perceived his work

environment to be hostile.

72. Defendant knew or should have known that the plaintiff was being sexually

harassed and unreasonably failed to stop the sexual harassment.

73. As a direct and proximate result of the hostile work environment sexual
harassment, plaintiff suffered damages.

## SEVENTH COUNT
### (Retaliation In Violation of Connecticut Fair Employment Practices Act C.G.S. §46a-60(a)(4))

1. Plaintiff repeats and re-alleges the allegations set forth above as though fully
set forth herein.

74. Defendant, by and through its agents, servants, and/or employees, violated
the Connecticut Fair Employment Practices Act C.G.S. §46a-609(a)(4) *et seq.* in one or
more of the following ways.

    a.      In that defendant retaliated against the plaintiff in response to his
complaint that he was being sexually harassed;

    b.      In that defendant retaliated against the plaintiff for his protesting of
discriminatory conduct and treatment directed towards him on the basis of his disability.

75. As a result of defendant's violation of Connecticut Fair Employment
Practices Act C.G.S. §46a-60(a)(4), plaintiff suffered damages including: loss of
employment, loss of income and wages and benefits, and harm to his professional
reputation.

76. As a further result of defendant's retaliatory termination of the plaintiff,
plaintiff has suffered severe humiliation, embarrassment, and emotional distress.

77. Plaintiff has suffered and will continue to suffer injuries as a result of
defendant's wrongful and retaliatory acts.

78. Defendant's retaliatory conducted toward the plaintiff was arbitrary,

unreasonably discriminatory and retaliatory all in violation of Connecticut Fair

Employment Practices Act C.G.S. §46a-609(a)(4) *et seq*. The defendant exhibited ill

will, malice, improper motive, and indifference to the plaintiff's civil rights by retaliating

against him.

## EIGHTH COUNT
### (Retaliation In Violation of Title VII)

1. Plaintiff repeats and re-alleges the allegations set forth above as though fully

set forth herein.

79. Defendant, by and through its agents, servants, and/or employees, violated

Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991. in

one or more of the following ways.

a.    In that defendant retaliated against the plaintiff in response to his

complaint that he was being sexually harassed;

b.    In that defendant retaliated against the plaintiff for his protesting of

discriminatory conduct and treatment directed towards him on the basis of his disability.

80. As a result of defendant's violation of Title VII, plaintiff suffered damages

including: loss of employment, loss of income and wages and benefits, and harm to his

professional reputation.

81. As a further result of defendant's retaliatory termination of the plaintiff,

plaintiff has suffered severe humiliation, embarrassment, and emotional distress.

82. Plaintiff has suffered and will continue to suffer injuries as a result of

defendant's wrongful and retaliatory acts.

83. Defendant's retaliatory conducted toward the plaintiff was arbitrary,

unreasonably discriminatory and retaliatory all in violation of Title VII. The defendant

exhibited ill will, malice, improper motive, and indifference to the plaintiff's civil rights

by retaliating against him.

## DEMAND FOR RELIEF

WHEREFORE, plaintiff prays for appropriate compensatory damages including:

compensatory damages; damages for back pay, front pay, bonuses, personal days, lost

pension benefits, emotional distress; consequential damages; punitive damages;

reasonable attorneys' fees; costs; interest; job reinstatement; prejudgment interest; for an

injunction requiring the removal of any and all adverse information contained in

plaintiff's personnel file; for a trial by jury; and for all other just and proper relief.


DATE: September 6, 2011


          /s/ James Sabatini
          James V. Sabatini, Esq.
          Fed. No.: CT 19899
          SABATINI AND ASSOCIATES, LLC
          1 Market Square
          Newington, CT 06111
          Tel. No.: (860) 667-0839
          Fax No.: (860) 667-0867
          Email: jsabatini@sabatinilaw.com


          ATTORNEY FOR PLAINTIFF

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James V. Sabatini
James V. Sabatini

**EXHIBIT 1**

Case 3:11-cv-00427-JCH Document 13 Filed 03/06/11 Page 17 of 57

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

**Andrew Adams**
COMPLAINANT

vs.                                                    **DATE: December 29, 2010**

**Palace Entertainment d/b/a Lake Compounce Theme Park**
RESPONDENT

CHRO Case No. 1030252

## RELEASE OF JURISDICTION

Pursuant to the request for a release of jurisdiction, the Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint in accordance with CONN. GEN. STAT. § 46a-101. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

**A copy of any civil action brought pursuant to this release must be served on the Commission at 25 Sigourney Street, Hartford, CT 06106 at the same time all other parties are served. THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

In granting this release, the Commission expressly finds in accordance with CONN. GEN. STAT. §§ 46a-100 and 46a-101(b) that all conditions precedent to the issuance of the release have been met. The complaint was timely filed under CONN. GEN. STAT. § 46a-82 and the complaint has been pending for a period of not less than 210 days. The complaint is not currently scheduled for public hearing nor is there reason to believe that the complaint will be resolved within a period of 30 days from the date the Commission received the request.

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

With the granting of this release of jurisdiction, the Commission administratively dismisses this complaint in accordance with CONN. GEN. STAT. § 46a-101(d) without cost or penalty to any party.

Very truly yours,

Robert J. Brothers, Jr.
Executive Director

cc: Complainant's counsel James V. Sabatini by e-mail to: jsabatini@sabatinilaw.com
Respondent's Attorney: Christopher H. Mills by e-mail to: cmills@laborlawyers.com

# EXHIBIT "B"

Page 13

 1        A    Yes, I did.

 2        Q    And again in 1999?

 3        A    Yes.

 4        Q    Was there a break at all between then and 2009,

 5    when you weren't working for Lake Compounce seasonally?

 6        A    I believe 2003 I took a little break, and then

 7    went back in '05.

 8        Q    And when was it that you stopped working

 9    seasonally, and started working full-time for Lake

10    Compounce?

11        A    With benefits and all of that?

12        Q    Yes.

13        A    That started in May 2008, right on Memorial Day

14    weekend.

15        Q    How long were you a ride operator for Lake

16    Compounce, as a seasonal employee?

17        A    It had to be about five years.

18        Q    So from 1997 to 2002?

19        A    Yeah.

20        Q    And then what was your position with Lake

21    Compounce?

22        A    I became a ride trainer.

23        Q    So in 2002 you became a ride trainer?

24        A    Yes.

25        Q    And then how long were you a ride trainer for Lake

Page 14

1    Compounce?

2        A    Two years.

3        Q    So 2002 to 2004, on a seasonal basis?

4        A    Yes.

5        Q    And then in 2004 what position did you hold?

6        A    They made me assistant ride supervisor.  They call

7    it coach, but I call it supervisor.

8        Q    And just going back to the last question about

9    being a ride trainer, you were a ride trainer in 2002.  And

10   than I believe you testified that you took a break in 2003?

11       A    Yes.

12       Q    So in 2003 you didn't work for Lake Compounce at

13   all?

14       A    I worked, but I took a break in the middle of the

15   summer.  So by the middle of August I left for a while.

16       Q    Why did you leave?

17       A    I was having some problems with management at the

18   time.

19       Q    What type of problems?

20       A    Being accused of not picking up vomit on a ride,

21   when I called for help and no one came.  And I got written

22   up for that, and I thought it wasn't fair.

23       Q    And so what did you do?

24       A    I just left.  I told them I'm leaving.

25       Q    You quit?

Adams   v. Festival Fun Parks

Page 15

```
 1      A    Yes.

 2      Q    Did you submit a written letter of resignation?

 3      A    No, I did not.

 4      Q    You just verbally quit?

 5      A    Yes.

 6      Q    Or orally?

 7      A    Well, I said I wasn't going to sign the written

 8  document, and they said I had to.  So I did.  And that's

 9  when I quit.

10      Q    You signed the write-up?

11      A    Yes, I did.

12      Q    And then you quit?

13      A    Yes.

14      Q    I think you were saying that you were promoted to

15  assistant ride coach in 2004?

16      A    Yes.

17      Q    Is that the same position that you held until you

18  left in 2009, or did your position change again?

19      A    It changed again.

20      Q    When did it change?

21      A    The beginning of 2007.  I was a housekeeping

22  supervisor.

23      Q    And how long did you hold that position with Lake

24  Compounce?

25      A    It was until the end of the season, end of
```

Page 16

1   October 31st, 2007.

2        Q    And then what about 2008, what position did you

3   hold then?

4        A    That's when I went in to work for the ride

5   mechanics shop at the park.

6        Q    And what position did you have?

7        A    They call them mechanic helper.

8        Q    Did your position change again, before you left in

9   2009?

10       A    No.

11       Q    What were your responsibilities as a mechanic

12  helper?

13       A    Washing parts for the rides; you know, in the off

14  season they all get taken apart.  Helping the other

15  mechanics with like taking things apart, they had me clean

16  the shop up, and helping out in the paint department when it

17  was needed, and helping out doing ride stuff out in the

18  park, like helping them fix the roller coaster or

19  retracking.

20       Q    While you held that position, did you ever help in

21  other departments?

22       A    No.

23       Q    Who did you primarily work with in that position,

24  as a mechanic helper?

25       A    I worked with everyone.  So do you want a special

Page 22

1    and a hard time taking tests.  So they knew they had to

2    spend extra time with me, when it came time to train me on

3    rides.

4         Q    And what did you put in your application form?

5         A    I put down I'm a special ed student.

6         Q    So what position were you rehired into in 2004, I

7    guess when you came back to Lake Compounce?

8         A    In --

9         Q    After you had taken your break and you came back,

10   was your position still ride trainer at that -- or, I'm

11   sorry, assistant ride supervisor at that point?

12        A    Yes.

13        Q    So you were hired back into the same position that

14   you had when you left?

15        A    Yes.

16        Q    And this was still a seasonal position at that

17   point, right?

18        A    Yes, it was.

19        Q    How did you come to switch from seasonal

20   employment to full-time employment with Lake Compounce?

21        A    Like, how did it happen?

22        Q    Did you request it?

23        A    Yes, I did.  I talked to the general manager, and

24   said, you know, I've been here for 13 years, this is what I

25   want to do and I want to stay on.

Page 80

1    it?

2         A    No.

3         Q    Did he approach you, or did you approach him?

4         A    He approached me about it.  And we talked in the

5    office privately.

6         Q    And how soon was it after you made the comment to

7    Brynn did that happen?

8         A    It was the next day that he talked to me about it.

9         Q    Did you ever make any other comments that you

10   remember, to any other co-workers that had any sexual

11   content to them?

12        A    Not that I know of.

13        Q    Were there other times that you thought you were

14   being egged on to say things you weren't comfortable saying?

15        A    Yeah, because guys in the shop they -- because I

16   don't have a girlfriend, they figured you don't have the

17   guts to say certain things.

18        Q    What types of things did you say, that you weren't

19   uncomfortable saying?

20             ATTORNEY SABATINI:  Objection to form.

21             THE WITNESS:  Just what I said to Brynn, "do you

22        want to go to bed."

23   Q    (By Attorney Boerner) Did you make any other comments

24   that you were uncomfortable saying?

25        A    Just to Brynn.

 1    October.

 2         Q    Okay.  And what did Jerry Brick say?

 3         A    He told me there's no other positions available,

 4    he says, you know, there's nothing else for you, unless you

 5    work in the maintenance shop.

 6         Q    Did you ask to go to any specific other

 7    department, or any department?

 8         A    I asked to go in the paint department.

 9         Q    When Jerry said there were no other positions, you

10    mean he said there were no open positions in the paint

11    department?

12         A    Correct.

13         Q    Had you seen any positions in the paint department

14    posted anywhere?

15         A    No, but I got a call from Jim Stevens telling me

16    what just happened, that they took people from the main shop

17    and sent them over to help him out prepping stuff and

18    sanding stuff, and stuff like that, to get ready for him to

19    paint.

20         Q    How many full-time employees were there in the

21    paint shop at the time?

22         A    There was only two.

23         Q    Who were they?

24         A    Jim Stevens and -- what was his name?  Richie, but

25    I don't know his last name.

Page 86

1    called -- Sherwin-Williams.

2         Q    What else do you know about his experience?

3         A    He was a supervisor there for a while.  That's all

4    I basically know about him.

5         Q    What about Rich, do you know anything about his

6    experience in painting?

7         A    No, I don't.

8         Q    Did you have any other further discussion with

9    Jerry Brick, about potentially moving to the painting

10   department?

11        A    No.

12        Q    Had anybody told you, before you asked, that there

13   was an open position in that department?

14        A    No.  The only person I talked to was Jerry Brick.

15        Q    Did you have any reason to think that Lake

16   Compounce was hiring anyone, for a full-time position in the

17   paint department at that time?

18        A    I would, because there was a lot of things that

19   had to get done that year.

20        Q    Did you have any knowledge that Lake Compounce was

21   hiring anybody in the paint department at that time?

22        A    No.

23        Q    Okay.  Getting back to the position that you

24   applied for.  In 2008 and 2009, other than applying to Coke,

25   before you left Lake Compounce, did you apply for any other

Adams  v. Festival Fun Parks

1    positions any place other than Lake Compounce?

2         A    No.

3         Q    Did your co-workers at Lake Compounce throw you a

4    fair well party the day before you left?

5         A    Well, no.  It was just our normal breaktime.  It

6    was coffee and doughnuts that I didn't have to pay for his

7    time.  So it wasn't like a party that we normally do for

8    everyone else.

9         Q    So they bought coffee and doughnuts for you?

10        A    Yeah.

11        Q    Who was there?

12        A    Mario Abela, John Fitch, Jordan, Kyle, Joe, Joey,

13   Chris Reeves.  That's it.  That's all I can remember.

14        Q    Was Justin Walters there?

15        A    No.

16        Q    When did you have your first discussion with Lake

17   Compounce about your employment ending at Lake Compounce?

18        A    It was towards the end of September, when I had

19   spoken to John Fitch.

20        Q    And tell me about that discussion?

21        A    Basically went to John saying that I'm giving him

22   notice soon, I'm having a hard time here.  And he asked why.

23   And I said I feel I can't do the job, everybody picks on me,

24   every time I call for help on the radio, I get nothing but a

25   lot of -- what's that word -- intimidation from people

Page 88

1    saying, oh, my God, we got to bail Andy out again.

2           And basically he said, you know, keep looking for

3    a job and still work here, you know, we'll find you

4    something else to do in the shop until you find a job.  But

5    he did mention to me if you have any of your holiday time,

6    or any of your vacation time, to use it up, because if you

7    don't you don't get it, you lose it.

8           So I started taking all of my holiday pay, and my

9    vacation time up.  When I came back Jerry Brick had a

10   meeting with me and Mario Abela.

11      Q    How long were you out on your vacation and holiday

12   time?

13      A    I took I believe two weeks, because that's what

14   was owed to me.

15      Q    Who initiated the meeting that you had after that,

16   with Jerry Brick and Mario Abela?

17      A    Who was there?

18      Q    Who initiated it?

19      A    Oh, I don't know.  I went to work that day and

20   Jerry said can we see you upstairs, please.  So I went

21   upstairs to the office.

22      Q    And what did you discuss with them at that point?

23      A    That's when he said to me, you know, I've called

24   corporate up and told corporate you're leaving, so we need

25   to know from you when your last day is.  And Mario said,

Page 89

1    well, we're going to give him to October 31st, to the end of

2    the season.

3            And that's when Jerry said to me, okay, and if you

4    can't get a job or find a job, Andy, I'll let you collect

5    unemployment and I won't appeal the case, I'll let you get

6    it.

7        Q    And what did you say to them?

8        A    I said thank you very much.  And then that's how

9    it ended.

10       Q    Was anything discussed, that you haven't described

11   to me, during that meeting?

12       A    Right after my last day I handed him my keys, and

13   they gave me my termination slip.  And then a couple of

14   days, after I couldn't find a job, I called unemployment to

15   put a case in.

16       Q    During that meeting with Jerry Brick and Mario

17   Abela, that you were just describing, was anything else

18   discussed between you, other than what we've already talked

19   about?

20       A    No.

21       Q    Did you have any other discussions with anyone

22   after that, about leaving Lake Compounce?

23       A    Not that I recall.

24       Q    Okay.  Did anybody at Lake Compounce tell you that

25   you were being terminated or fired?

Adams   v. Festival Fun Parks

```
 1       A    No.

 2       Q    Do you believe that you were fired?

 3       A    No.  I wouldn't say I believe I was, no.

 4       Q    So you resigned from Lake Compounce?

 5       A    Yes.

 6       Q    Okay.  All right.  Are you claiming that Lake

 7  Compounce discriminated against you, based opinion your

 8  gender, being a man?

 9       A    Yes.

10       Q    Okay.  How is that?

11       A    Well, because the way I got treated and picked on,

12  no one else got the same treatment.  So I feel I was being

13  mistreated.

14       Q    Okay.

15            ATTORNEY BOERNER:  Off the record.

16

17    (A lunch recess was taken from 12:32 p.m. to 1:13 p.m.)

18

19  Q    (By Attorney Boerner) I understand that you want to

20  change some of your testimony from earlier, is that right?

21       A    Yes.

22       Q    Why do you want to change your testimony?

23       A    Because I feel the question that you asked about

24  the termination, the do you feel you were terminated or did

25  you quit.  I feel I was terminated because of being -- of
```

Adams  v. Festival Fun Parks

1    them not finding nothing else in the park for me to do, and

2    me being picked on, nobody was doing anything about it.  So

3    I felt like I was being forced out of there.

4        Q    What made you change your testimony from earlier?

5        A    Because I thought about it more.  If the park

6    really wanted me, they would have found another job in the

7    park and they wouldn't have me leave.

8        Q    Did you discuss that with your attorney during the

9    break?

10       A    Yes.

11       Q    And after talking to your attorney, you want to

12   change your testimony?

13       A    Yes.

14       Q    And you understood that earlier you were

15   testifying under oath, correct?

16       A    Yes.

17       Q    And you testified earlier that you resigned,

18   right?

19       A    Yes.  Because I was being forced out of there.

20       Q    Earlier you said you weren't terminated, right?

21       A    Yes.

22       Q    And now you're saying that you were?

23       A    Yes.

24       Q    Okay.  Did anyone ever tell you that you were

25   being terminated?

Page 92

```
 1        A     No.   But working at a place and being picked on

 2    and bullied, and your managers aren't doing nothing to stop

 3    it...

 4        Q     Nobody ever told you you were being terminated, is

 5    that right?

 6        A     Yes.

 7        Q     And nobody ever told you you were being fired,

 8    right?

 9        A     Correct.

10        Q     Okay.  Sir, you did resign, right?

11        A     Resigned, because I couldn't deal with it no more,

12    being picked on.

13        Q     You resigned because you feel you were being

14    picked on?

15        A     Right.

16        Q     Okay.  But you did resign, correct?

17        A     Yes.

18        Q     Do you think that if you hadn't been a man, you

19    would have been treated differently at Lake Compounce?

20        A     No.

21        Q     Do you think your sex or gender had anything to do

22    with your treatment?

23        A     Yes.

24        Q     How so?

25        A     Because the way Justin said the remark to me, he
```

1    doesn't talk that way to anyone else that works there.

2         Q    What remark are you talking about?

3         A    About being on your knees, that's your best

4    position for you.

5         Q    Is there anything, other than that, that you feel

6    is an example of you being treated differently because of

7    your sex or gender?

8         A    Yeah.  Well I don't have a girlfriend, that's one

9    reason why I think he makes that remark, not like the rest

10   of the married guys in there.

11        Q    Anything else that is an example of you being

12   treated differently because of your sex or gender?

13        A    No.

14        Q    You understand that you have a claim for gender

15   discrimination in this lawsuit?

16        A    Yes.

17        Q    Other than the one comment about on your knees

18   that Justin Walters made, are there any other times you felt

19   you were being discriminated against at Lake Compounce?

20        A    No, just that time when he said that to me.

21        Q    Okay.  And how did you feel that that comment was

22   discriminating, based upon on your gender or sex?

23        A    How did it make me feel?

24        Q    Why did you think that that related to your gender

25   or your sex?

Adams   v. Festival Fun Parks

Page 94

1       A      Because I don't date girls, I don't go on dates.

2    And just because I have friends, you know, that I hang out

3    with boys, does he think that that's what I am?

4       Q      Are you a homosexual?

5       A      No.

6       Q      Did you ever hear Justin Walters make similar

7    comments to other employees?

8       A      Not that I know of.

9       Q      Did you ever hear Justin Walters make any other

10   derogatory comments to other employees, other than what

11   you've already described?

12      A      Not if I was around.  I didn't see it, no.

13      Q      Okay.  Did you hear about it?

14      A      No.

15      Q      Did you see any conduct by Justin Walters, where

16   you felt that he was treating any other employee badly,

17   other than what you've already described?

18      A      Well, I seen him one time grab an employee by the

19   shirt, and throw him up against -- well, not throw him up,

20   but pin him up against a fence, because some employee said

21   something to him that he didn't like.

22      Q      What employee was that?

23      A      Jordan.

24      Q      Anything else?

25      A      No.

Page 95

1        Q      Did you ever hear anybody, other than Justin

2    Walters, make similar comments to you or anyone else?

3        A      No.

4        Q      Did you feel that any female employees were

5    treated differently than you, or received better treatment

6    than you?

7        A      Well, there were no females in the maintenance

8    shop.

9        Q      How about other male employees, do you think they

10   were treated differently or better than you?

11       A      Yeah.

12       Q      In what way?

13       A      Well, they're all married and have girls.  So, of

14   course, he's not going to say anything bad about those

15   people.  I was the only one that got picked on.

16       Q      Is Justin Walters married?

17       A      No.

18       Q      I knew you mentioned earlier that he dated Brynn

19   Goldbeck.  Was that the whole time that you were there, or

20   part of the time?

21       A      For part of the time, and she broke up with him.

22       Q      Was he dating anyone else at the time you were

23   there?

24       A      No.

25       Q      Did you talk to anyone about the comment that

Adams   v. Festival Fun Parks

1/20/2012                                          Andrew   Adams

Page 96

1   Justin Walters made, that you described, about getting on

2   your knees?

3        A    The only one is Booch, Jim Stevens, Wayne Olsen.

4   And the ones that were there when it happened, which were

5   Kyle, Tommy J., Joe, and that's it; that's all that were

6   there.

7        Q    Okay.  And the only people that you told about it

8   were Booch, Jim Stevens and Wayne Olsen?

9        A    Yes.

10       Q    And you didn't tell any manager or director about

11   it?

12       A    No.

13       Q    Are you claiming that Lake Compounce sexually

14   harassed you?

15       A    Yeah -- well, that means Justin that worked there,

16   is that what you're referring to it by?

17       Q    Well, you're suing Lake Compounce -- let me

18   rephrase the question.

19       A    Okay.

20       Q    You understand that you have a claim against Lake

21   Compounce for sexual harassment?

22       A    Right.

23       Q    Who, at Lake Compounce, sexually harassed you?

24       A    Justin Walters.

25       Q    Anyone else, other than that?

Page 97

1      A      Not that I know of, no.

2      Q      How did he sexually harass you?

3      A      The day when he told me get on your knees, that's

4    your best position.

5      Q      Any other instances where he sexually harassed

6    you?

7      A      Just calling me stupid, or what the heck is the

8    matter with you.

9      Q      Okay.  Anything else?

10     A      Just constantly staring me down, when I'm down on

11   my knees working on my rides, just staring at me.

12     Q      Okay.  Anything else?

13     A      And then just throwing things at me.

14     Q      Okay.  Is that all?

15     A      Yes.

16     Q      Did you ever talk to Justin Walters about any of

17   these things, the on your knees comment?

18     A      No, I didn't want to get in a confrontation with

19   him.

20     Q      Did you ever talk to him about the other things

21   you described, calling you stupid, saying what's the matter

22   you, staring at you or throwing things at you?

23     A      No, I just walked away.

24     Q      Were there any witnesses to the calling you stupid

25   or saying what's the matter with you?

Adams  v. Festival Fun Parks

1/20/2012                                             Andrew  Adams

Page 102

1       Q     Did you ever tell anybody at Lake Compounce that
2   you thought you were being sexually harassed?
3       A     No.
4       Q     You understand that you have a claim for
5   retaliation in this case?
6       A     Yes.
7       Q     I know that we touched on this briefly before, but
8   can you just describe to me how you feel Lake Compounce
9   retaliated against you?
10      A     Basically they couldn't find another position to
11  make me feel where I'm not going to get picked on.  If they
12  really wanted me there, they would have found a way to stop
13  all of this from happening.
14      Q     Is there any other way that you feel they
15  retaliated against you?
16      A     Well, Justin Walters always put these big water
17  park pumps right in front of my work station, where my
18  toolbox is, where I can't open my drawers.  And I couldn't
19  move them, because I didn't a forklift license at the time.
20            So Jordan moved them for me, because he had a
21  forklift license, and he put them in his spot.  And then
22  that's when Justin called me on the radio, and said did you
23  move my pumps.  And I said not me, someone else did.
24            And I came back from the park, back into the shop,
25  and the pumps were back in my spot again, where I can't get

Page 105

1        Q     Are there any other ways in which you think Lake

2    Compounce retaliated against you?

3        A     Not that I can think of right now.

4        Q     And what do you think you were being retaliated

5    against for?

6        A     I think just Justin didn't like me, he was trying

7    to find a way to maybe make me mad and leave the company.

8        Q     What conduct did you engage in, that you think

9    caused Lake Compounce to retaliate against you?  Is there

10   anything else, other than what you've described -- that

11   Justin didn't like you?

12       A     I think in my heart, since I'm a slow learner, it

13   takes me time to do things, and I have to constantly go at a

14   slower pace to pick it up.

15       Q     And you think you were retaliated against by Lake

16   Compounce because of that?

17       A     Yeah.

18       Q     And who, specifically, retaliated against you?

19       A     Well, one thing was Justin Walters.  John Fitch --

20   there was one day I was working on a ride, it took me all

21   day, I couldn't figure out how to fix the ride.  And he came

22   back into the shop and goes you're still work on that piece.

23             I'm like I'm having a hard time.  He goes you

24   should remember this by now, you've been with us for a

25   while.  So instead of showing me, all he did was basically

Page 112

1    know in life.

2        Q    Has a doctor ever diagnosed you with having a

3    disability?

4        A    My physical doctor, when I was a kid.

5        Q    Are you talking about the Newington --

6        A    No, it was a regular doctor.

7        Q    What doctor was that?

8        A    Dr. Blumer.

9        Q    And what was his diagnosis?

10       A    It came out as a slight mental retardation.

11       Q    Do you have any medical records that relate to

12   that diagnosis?

13       A    My mom probably has them.  I don't.

14       Q    What are your symptoms?

15       A    As a slow learner?

16       Q    Yes.

17       A    Spelling is number one.  Reading, I can only read,

18   I think, normally third grade reading -- third, fourth grade

19   level of reading.  Remembering a lot of things all at once;

20   I can only remember up to five things, and after that I

21   can't remember.  That's all really I can think of.

22       Q    How does that affect your day-to-day life?

23       A    Well, I can't really get out and go get a really

24   good job because of my disability, I can never be in college

25   because I can't take college courses.

Adams   v. Festival Fun Parks

1/20/2012                                          Andrew   Adams

Page 119

1        A     No, this was just end of the year -- my report

2   card that I get every year.

3        Q     Okay.  So there's no relationship between this and

4   Dr. Niedbala?

5        A     No.

6        Q     Okay.  All right.  And there's no assessment of

7   your mental abilities in these documents, the individualized

8   education program and training service documents, correct?

9        A     No.  It's just talks about what she did to teach

10  me stuff.

11       Q     Okay.  If you look back at the background section

12  of the report, that's P162, that document, and you read down

13  at the second to the last paragraph, it says that you're

14  mainstreamed with fifth grade students.  Do you see that,

15  the second to last paragraph on the page?

16       A     Yeah.

17       Q     And you told me earlier that you had this

18  assessment around the time of the fourth grade, right?

19       A     Yes.

20       Q     So at that point you were being taught with fifth

21  grade students?

22       A     Yes.

23       Q     And that was roughly your grade level, for the age

24  that you were at the time?

25       A     Correct.



NEWINGTON
CHILDREN'S HOSPIT

EDUCATIONAL EVALUATION & CONSULTING SERVICES
(203) 667-5315

DATE: December 3, 1990
RE: Andrew Adams
Medical Record: 132576

Mr. & Mrs. Lawrence Adams
1272 Stafford Avenue
Bristol, Connecticut 06010

Dear Mr. & Mrs. Adams:

Enclosed please find Andrew's Diagnostic Perceptual/Cognitive
Assessment. Copies of this evaluation have been sent only
to those who have been indicated on the signed release.

Should you have questions or concerns regarding specific test
results or recommendations, please contact Educational Evaluation
and Consulting Services at 667-5315 for assistance.

Sincerely,

Barbara E. Brown, M.S.
Director

Enclosure

BEB/dw



DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
DATE:

# NEWINGTON CHILDREN'S HOSPITAL

## DIAGNOSTIC PERCEPTUAL/COGNITIVE ASSESSMENT

## EDUCATIONAL EVALUATION AND CONSULTING SERVICES

Andrew Adams
BD: 8/15/79
CA: 11+3
Grade: 5.2 Special
Education (1990-91)
Stafford Elementary School
Bristol, Connecticut

Medical #: 132576
Date of Testing: 10/30/79
Referral: Parents -
 Mr. and Mrs. Lawrence Adams
Clinician: Cynthia K. Niedbala, M.S.
 Educational Diagnostician

## Background Information and Reason for Referral

Per parental report, Andy has been involved in specialized
services, initially for speech and language needs, since
preschool. Specific educational data regarding his performance
throughout the primary grades was not available for review prior
to this assessment. However, per parental report, Andy has
participated within the Aim program, Stafford Elementary School,
Bristol, Connecticut, since kindergarten age.

The results of a triennial psychological review, completed within
his school system, (January, 1990), revealed substantial
deficiencies in verbal and non-verbal spheres, which resulted in
a composite score which was marginally within the Borderline
range. Visual motor integrative skills were displayed three
years below his chronological age. An educational assessment
(April, 1990) revealed reading, spelling and mathematics skills
to be within a second to third grade skill range. A speech and
language assessment indicated continued deficiencies in receptive
and expressive vocabulary, while selected language processing
skills requiring categorization and determination of differences
were displayed as above average.

Andy currently continues to participate in a self-contained
special educational program, designed to meet his needs as a
student with mild Mental Retardation, and/or Borderline
abilities. He is currently mainstreamed with fifth grade
students for art, music, physical education, and homeroom,
following a similar program model to what was initiated in fourth
grade.

Andy was referred for this Diagnostic Perceptual/Cognitive
Assessment by his parents, Mr. and Mrs. Lawrence Adams, to
determine current processing and academic achievement levels with
recommendations for programming.

Individualized Educational Program/Transition Services

Student: _Andrew Adams_

Long Term Goal: INDEPENDENT LIVING

```
( )  No special skills training needed
( )  Independent (House or Apartment)    ( ) Supervised Living    ( ) Group Home    ( ) Family
( )  Other _____
     Specialized skills training in:
     (✓) Activities of Daily Living   (✓ Social Skills    (✓ Self-Advocacy    (✓ Financial Planning
     (✓ Money Management    (✓ Legal    ( ) Other: _____
```

Goal Statement:
Evaluation Schedule Code:   0 - Not Addressed    1 - Partial    2 - Half    3 - Most    4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/ Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | Evaluation Schedule 2nd MP | Evaluation Schedule 3rd MP | Evaluation Schedule 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will complete all of the needed steps to open a checking account and to maintain it on a daily basis independently. | Student/staff | Unit Tests in Banking and teacher made activities | 2/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will plan menu for a day, including the correct number of foods from each of the pyramid groups to make it nutritionally sound. | Student/staff | Teacher-Made Evaluation | 8/96 | 2 | | | |
| End of Year Summary: | | | | | | | |

End of Year Summary:

Justification Statement:  Did the PPT conclude a need in this area?    Yes ____.    No ____
If no, please provide a justification statement indicating the reasons:

P000163

Long Term Goal: INDEPENDENT LIVING

pg.

Evaluation Schedule Code:   0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will independently sort, launder and iron as needed his laundry. | Staff | Teacher-Made Checklists and Student Self-Evaluation | 3/96 | 3 | | | |
| End of Year Summary: | | | | | | | |
| Andy will maintain acceptable personal hygiene, e.g. clean hair, hands and nails and acceptable clothing. | Staff/student/parents | Student Self-Evaluation | 3/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will identify the time in 1 minute intervals and will state the time in 15 minute intervals before or after that time. | Staff | Teacher-Made and situational assessment. | 2/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will complete a unit on basic First Aid and will state/display behavior needed in an emergency situation. | Staff/parents | Basic First Aid, scoring at least 96% on each unit test. | 1/96 | 2 | | | |
| End of Year Summary: | | | | | | | |

P000164

Long Term Goal: INDEPENDENT LIVING

pg. w3

Evaluation Schedule Code:  0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Person/Program/Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will set an alarm clock and a clock radio, digital and standard, to the correct time and set the alarm using the correct buttons.  End of Year Summary: | Student/Staff Parents | Teacher-Made Checklists | 10/95 | 1 | | | |
| Andy will state and write the sizes he needs for his personal clothing.  End of Year Summary: | Student/Staff | Self-Evaluation | 1/96 | 2 | | | |
| Andy will complete unit on ordering from a catalog, scoring at least 90% on each unit  End of Year Summary: | Student/Staff | Ordering from a Catalog | 11/96 | 1 | | | |
| Andy will use a sales tax chart to compute tax and then add it to a price to get total.  End of Year Summary: | Student/Staff | Teacher-Made Activities | 12/96 | 1 | | | |

P000165

Long Term Goal: INDEPENDENT LIVING

pg. ____

Evaluation Schedule Code:   0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/ Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1st MP | 2nd MP | 3rd MP | 4th MP |
| Andy will state under what conditions and the method to use a portable fire extinguisher.<br><br>End of Year Summary: | staff/parents | Information Checklist and Situational Assessment | 2/96 | 1. | | | |
| Andy will state and demonstrate 2 methods of clearing a clogged toilet or drain.<br><br>End of Year Summary: | staff/parents | Teacher-Made Checklists | 2/96 | 2 | | | |
| Andy will complete Everyday Living Skills, Lessons 4-10 scoring at least 90% on each Unit test.<br><br>End of Year Summary: | student/staff | Everyday Living Skills | 2/96 | 3 | | | |

Individualized Educational Program/Transition Services

Student: _Andy Adams_

Long Term Goal: EMPLOYMENT/POSTSECONDARY EDUCATION

( ) 4 Year College ( ) 2 Year College (✓) Postsecondary vocational training ( ) Ind.Competitive Employme
(✓) 1 Time-limited assistance for Employment ( ) Supported Employment ( ) Apprenticeship/Training
( ) Military ( ) Other: _____

Goal Statement:_____

Evaluation Schedule Code:   0 - Not Addressed    1 - Partial    2 - Half    3 - Most    4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/ Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will work in a community job-site two days a week. | student / job coach | work site and supervisor evaluations | 4/96 | 3 | | | |
| | | | | | | | |
| **End of Year Summary:** | | | | | | | |
| Andy will read the want ads, and evaluate the qualifications needed, and the benefits and draw backs of each opening, stating which he is qualified for and which he would like. | student / staff | Teacher made activities and evaluations. | 4/96 | 2 | | | |
| | | | | | | | |
| **End of Year Summary:** | | | | | | | |

P000167

C

Long Term Goal: EMPLOYMENT/POSTSECONDARY EDUCATION

Evaluation Schedule Code: 0 - Not Addressed    1 - Partial    2 - Half    3 - Most    4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1st MP | 2nd MP | 3rd MP | 4th MP |
| Andy will prepare a resume of his education and employment experiences. | student/staff | Evaluation of Resume | 4/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| When a supervisor or co-worker is speaking to him, Andy will establish eye contact with the person. | student/staff | Self evaluation | 4/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| During a performance review, Andy will describe his work in a positive manner. | student/staff | self-evaluation and staff evaluation | 3/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| Andy will discuss a complaint about work situation with his supervisor. | student/staff | self-evaluation and staff evaluation | 4/96 | 1 | | | |
| End of Year Summary: | | | | | | | |

P000168

Long Term Goal: EMPLOYMENT/POSTSECONDARY EDUCATION

Evaluation Schedule Code:   0 - Not Addressed    1 - Partial    2 - Half    3 - Most    4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1st MP | 2nd MP | 3rd MP | 4th MP |
| Andy will identify and state the meanings for all food prep. terms in Brigance Essential Skills. | Staff | Evaluation Checklist | 12/95 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will identify and carry out in sequential steps for the recipe directions in Brigance Essential Skills. | Staff | Evaluation Checklist | 4/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| Andy will explore Technical School opportunities in the culinary area. | Staff/Student/parents | Evaluation by Andy of each visitation | 4/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will be referred to B.R.E.S. | Staff/Student/parents | Referral proc. begun | 4/96 | 4 | | | |
| End of Year Summary: | | | | | | | |

P000169

Individualized Educational Program/Transition Services

Student: Andy Adams

Long Term Goal: COMMUNITY PARTICIPATION

( )   No special skills training needed
( )   Specialized skills training in:

( )   Transportation          ( )   Recreation/Leisure        ( )   Consumerism
( )   Medical                 ( )   Other

Goal Statement:

Andy will plan the route and take a public bus to a local destination.

Evaluation Schedule Code:   0 - Not Addressed        1 - Partial        2 - Half        3 - Most        4 - Goal/Accomplishe

| Annual Statements of Needed Services: Objectives | Person/Program/ Agency Responsible | Evaluation Criteria | Projected Date of Completion | Evaluation Schedule |||
|---|---|---|---|---|---|---|---|
| | | | | 1st MP | 2nd MP | 3rd MP | 4th MP |
| Andy will plan the route and take a public bus to a local destination. | student/staff | Checklist Evaluation | 2/96 | ✓ | | | |
| Andy will identify local agencies that may offer support after graduation. | student/staff/ parents | Agency Response @checklist | 4/96 | ● | | | |

End of Year Summary:

End of Year Summary:

Justification Statement: Did the PPT conclude a need in this area?   Yes ___   No ___
If no, please provide a justification statement indicating the reasons:

P000170

Student: _Andy Adams_

Pg. _2_

Long Term Goal: COMMUNITY PARTICIPATION

Evaluation Schedule Code: 0 - Not Addressed  1 - Partial  2 - Half  3 - Most  4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will identify community clubs and organizations that may be of interest and will make an initial contact.<br>End of Year Summary: | Student/Staff | Results from Telephone Poll/Contact Poll | 4/96 | 1 | | | |
| Andy will identify places in the community where he can spend leisure/Recreation time, and will plan an activity that he and a friend can attend.<br>End of Year Summary: | Student/Staff/parents | evaluations of student/staff/parents | 2/96 | 4 | | | |
| Andy will locate name in white pages of the phone book independently.<br>End of Year Summary: | Student/staff | Teacher-made checklists | 1/96 | 2 | | | |
| Andy will locate a phone number in the yellow pages of a needed service. | Staff | Teacher-made checklists | 4/96 | 2 | | | |

P000171

# EXHIBIT "C"



NEWINGTON
CHILDREN'S HOSPITAL

## EDUCATIONAL EVALUATION & CONSULTING SERVICES
### (203) 667-5315

DATE: December 3, 1990
RE: Andrew Adams
Medical Record: 132576

Mr. & Mrs. Lawrence Adams
1272 Stafford Avenue
Bristol, Connecticut 06010

Dear Mr. & Mrs. Adams:

Enclosed please find Andrew's Diagnostic Perceptual/Cognitive
Assessment. Copies of this evaluation have been sent only
to those who have been indicated on the signed release.

Should you have questions or concerns regarding specific test
results or recommendations, please contact Educational Evaluation
and Consulting Services at 667-5315 for assistance.

Sincerely,

Barbara Brown

Barbara E. Brown, M.S.
Director

Enclosure

BEB/dw

## NEWINGTON CHILDREN'S HOSPITAL

### DIAGNOSTIC PERCEPTUAL/COGNITIVE ASSESSMENT

### EDUCATIONAL EVALUATION AND CONSULTING SERVICES

Andrew Adams
BD: 8/15/79
CA: 11+3
Grade: 5.2 Special
Education (1990-91)
Stafford Elementary School
Bristol, Connecticut

Medical #: 132576
Date of Testing: 10/30/79
Referral: Parents -
   Mr. and Mrs. Lawrence Adams
Clinician: Cynthia K. Niedbala, M.S.
   Educational Diagnostician

Background Information and Reason for Referral

Per parental report, Andy has been involved in specialized
services, initially for speech and language needs, since
preschool.  Specific educational data regarding his performance
throughout the primary grades was not available for review prior
to this assessment.  However, per parental report, Andy has
participated within the Aim program, Stafford Elementary School,
Bristol, Connecticut, since kindergarten age.

The results of a triennial psychological review, completed within
his school system, (January, 1990), revealed substantial
deficiencies in verbal and non-verbal spheres, which resulted in
a composite score which was marginally within the Borderline
range.  Visual motor integrative skills were displayed three
years below his chronological age.  An educational assessment
(April, 1990) revealed reading, spelling and mathematics skills
to be within a second to third grade skill range.  A speech and
language assessment indicated continued deficiencies in receptive
and expressive vocabulary, while selected language processing
skills requiring categorization and determination of differences
were displayed as above average.

Andy currently continues to participate in a self-contained
special educational program, designed to meet his needs as a
student with mild Mental Retardation, and/or Borderline
abilities.  He is currently mainstreamed with fifth grade
students for art, music, physical education,   and homeroom,
following a similar program model to what was initiated in fourth
grade.

Andy was referred for this Diagnostic Perceptual/Cognitive
Assessment by his parents, Mr. and Mrs. Lawrence Adams, to
determine current processing and academic achievement levels with
recommendations for programming.

Individualized Educational Program/Transition Services

Student: _Andrew Adams_

Long Term Goal: INDEPENDENT LIVING

( ) No special skills training needed
( ) Independent (House or Apartment)    ( ) Supervised Living    ( ) Group Home    ( ) Family
( ) Other
(✓) Specialized skills training in:
(✓) Activities of Daily Living (✓ Social Skills    (✓ Self-Advocacy    (✓ Financial Planning
(✓) Money Management (✓ Legal  ( ) Other: _____

Goal Statement:

Evaluation Schedule Code:  0 – Not Addressed    1 – Partial    2 – Half    3 – Most    4 – Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/ Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will complete all of the needed steps to open a checking account and to maintain it or a daily basis independently. | Student/staff | Unit Tests in Banking and teacher made activities | 2/96 | 2 | | | |
| Andy will plan menu for a day, including the correct number of foods from each of the pyramid groups to make it nutritionally sound. | Student/staff | Teacher - Made Evaluation. | 8/96 | 2 | | | |
| End of Year Summary: | . | . | | | | | |
| End of Year Summary: |  |  | | | | | |

Justification Statement:  Did the PPT conclude a need in this area?  Yes _____    No _____
If no, please provide a justification statement indicating the reasons:

P000163

Long Term Goal: INDEPENDENT LIVING

pg. [signature]

Evaluation Schedule Code:  0 - Not Addressed    1 - Partial    2 - Half ...g    3 - Most    4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/ Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1st MP | 2nd MP | 3rd MP | 4th MP |
| Andy will independently sort, launder and iron as needed his laundry.<br><br>End of Year Summary: | Staff | Teacher Made Checklists and Student Self-Evaluation | 3/96 | 3 | | | |
| Andy will maintain acceptable personal hygiene, e.g. clean hair, hands and nails and acceptable clothing.<br><br>End of Year Summary: | Staff/ student/ parents | Student Self-Evaluation | 3/96 | 2 | | | |
| Andy will identify the time w/ 1 minute intervals and will state the time in 15 minute intervals before or after that time.<br><br>End of Year Summary: | Staff | Teacher-Made Evaluation and 3 functional assessment. | 2/96 | 2 | | | |
| Andy will complete a unit on basic First Aid and will state/display behavior needed in an emergency situation.<br><br>End of Year Summary: | Staff/ parents | Basic First Aid, scoring at least 90% on each unit test. | 1/96 | 2 | | | |

P000164

Long Term Goal: INDEPENDENT LIVING

*pg. w3...*

Evaluation Schedule Code:  0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will set an alarm clock and a clock radio, digital and standard, to the correct time and set the alarm using the correct buttons. | Student/Staff parents | Teacher-Made Checklists | 10/95 | 1 | | | |
| End of Year Summary: | | | | | | | |
| Andy will state and write the sizes he needs for his personal clothing. | Student/staff | Self-Evaluation | 1/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will complete uniform ordering from a catalog, scoring at least 90% on each unit | Student/staff | Ordering form a Catalog | 11/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| Andy will use a sales tax chart to compute tax and then add it to a price to get total. | Student, Staff | Teacher-Made Activities | 12/96 | 1 | | | |
| End of Year Summary: | | | | | | | |

P000165

Long Term Goal: INDEPENDENT LIVING

Pg. 4

Evaluation Schedule Code:  0 - Not Addressed   1 - Partial   2 - Fair   3 - Most   4 - Goal Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will state under what conditions and the method to use a portable fire extinguisher. | staff/parents | Information Checklist and Situational Assessment | 2/96 | 1. | | | |
| End of Year Summary: | | | | | | | |
| Andy will state and demonstrate 2 methods of clearing a clogged toilet or drain. | staff/parents | Teacher-Made Checklists | 2/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will complete Everyday Living Skills, Lesson 4-10 scoring at least 90% on each unit test. | student/staff | Everyday Living Skills | 2/96 | 3 | | | |
| End of Year Summary: | | | | | | | |
| End of Year Summary: | | | | | | | |

P000166

Individualized Educational Program/Transition Services

Student: _Andy Adams_

Long Term Goal: EMPLOYMENT/POSTSECONDARY EDUCATION

( ) 4 Year College ( ) 2 Year College (✓) Postsecondary vocational training ( ) Ind.Competitive Employme
(✓) 1 Time-limited assistance for Employment ( ) Supported Employment ( ) Apprenticeship/Training
( ) Military ( ) Other: _____

Goal Statement: _____

Evaluation Schedule Code:   0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/ Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will work in a community job-site two days a week. | student/job coach | work site and supervisor evaluations | 4/96 | 3 | | | |
| Andy will read the want ads, and evaluate the qualifications needed, and the benefits and drawbacks of each opening, stating which he is qualified for and which he would like. | student/staff | Teacher-made activities and evaluations. | 4/96 | 2 | | | |

End of Year Summary:

End of Year Summary:

P000167

Long Term Goal: EMPLOYMENT/POSTSECONDARY EDUCATION

Evaluation Schedule Code:  0 - Not Addressed     1 - Partial     2 - Half     3 - Most     4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/ Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will prepare a resume of his education and employment experiences. | student/staff | Evaluation of Resume | 4/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| When a supervisor or co-worker is speaking to him, Andrew will establish eye contact with the person. | student/staff | self-evaluation | 4/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| During a performance review, Andy will describe his work in a positive manner | student/staff | self-evaluation and staff evaluation | 3/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| Andy will discuss a complaint about work situation with his supervisor. | student/staff | self-evaluation and staff evaluation | 4/96 | 1 | | | |
| End of Year Summary: | | | | | | | |

P000168

Long Term Goal: EMPLOYMENT/POSTSECONDARY EDUCATION

Evaluation Schedule Code:   0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1st MP | 2nd MP | 3rd MP | 4th MP |
| Andy will identify and state the meanings for all food prep. terms in Brigance Essential Skills. | Staff | Evaluation Checklist | 12/95 | 2 | | | |
| Andy will identify and state essential skills. | Staff | Evaluation Checklist | 4/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| Andy will carry out in sequential steps for the recipe directions for the Brigance Essential Skills. | Staff/Student/ panels | Evaluation by Andy of each visitation | 4/96 | 2 | | | |
| End of Year Summary: | | | | | | | |
| Andy will explore Technical School opportunities in the culinary area. | Staff/student/ parents | Referral proc. begun | | 4 | | | |
| End of Year Summary: | | | | | | | |
| Andy will be referred to B.R.S. | | | | | | | |

P000169

Individualized Educational Program/Transition Services

Student: _Andy Adams_

Long Term Goal: COMMUNITY PARTICIPATION

( ) No special skills training needed
( ) Specialized skills training in:

( ) Transportation      ( ) Recreation/Leisure      ( ) Consumerism
( ) Medical             ( ) Other

Goal Statement:

Evaluation Schedule Code: 0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplishe

Annual Statements of Needed Services: Objectives

| Person/Program/ Agency Responsible | Evaluation Criteria | Projected Date of Completion | Evaluation Schedule |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 1st MP | 2nd MP | 3rd MP | 4th MP |
| Andy will plan the route and take a public bus to a local destination. | student/staff | Checklist Evaluation | 2/96 | ✓ |  |  |
| End of Year Summary: |  |  |  |  |  |  |
| Andy will identify local agencies that may offer support after graduation. | student/staff/ parents | Agency Response @checklist | 4/96 | ✓ |  |  |
| End of Year Summary: |  |  |  |  |  |  |

Justification Statement: Did the PPT conclude a need in this area?   Yes ___   No ___
If no, please provide a justification statement indicating the reasons:

P000170

Student: Andy Adams

Pg. 2

Long Term Goal: COMMUNITY PARTICIPATION

Evaluation Schedule Code:  0 - Not Addressed   1 - Partial   2 - Half   3 - Most   4 - Goal/Accomplished

| Annual Statements of Needed Services: Objectives/Activities | Person/Program/Agency Responsible | Evaluation Procedure | Projected Date of Completion | Evaluation Schedule 1st MP | 2nd MP | 3rd MP | 4th MP |
|---|---|---|---|---|---|---|---|
| Andy will identify community clubs and organizations that may be of interest and will make an initial contact. | student/staff | Results from Telephone Roll/Contact Roll | 4/96 | 1 | | | |
| End of Year Summary: | | | | | | | |
| Andy will identify places in the community where he can spend leisure/recreation time, and will plan an activity that he and a friend can attend. | Student/staff parents | evaluations of students/staff/parents | 2/96 | 4 | | | |
| End of Year Summary: | | | | | | | |
| Andy will locate name in white pages of the phone book independently. | student/staff | Teacher-made checklists | 1/96 | 2 | . | | |
| End of Year Summary: | | | | | | | |
| Andy will locate a phone number in the yellow pages of a needed service. | Staff | Teacher-made checklists | 4/96 | 2 | | | |
| End of Year Summary: | | | | | | | |

P000171

# EXHIBIT "D"

I identified in my job application with the defendant that I was a slow learner. I also informed my bosses and my general manager about my learning disability.

8.     Describe in detail your professional qualifications and experience that would qualify you to work in the paint department at Lake Compounce.

**ANSWER:**

See attached copy of my resume and May 24, 2009 memo from Jerry Brick. Plaintiff's Bates Nos. 6; 172

9.     Identify each instance of harassment you experienced while employed by Festival Fun Parks, and for each such instance identify the representative of Festival Fun Parks that allegedly harassed you, the date on which the alleged harassment occurred, the location in which the alleged harassment occurred; and describe the substance of the alleged harassment.

**ANSWER:**

Feb. 2009 and July 2009:Walters, told me that being on my knees was my best position and that I liked being on my knees because I liked guys so much.

June 2009: Walters said that he  "had" my mother last night and that she was good.

June 2, 2009: I went looking for my blow torch that had my name on it. When I found it the word "SUCKS" was written on it.

July 2009 – Walters threw nuts and bolts towards me and they landed into the parts washer and the fluid splashed onto me.

August 2009 – Walters put his palette of 2 Water Park Pumps in my work area.

September 2009 - Walters threw and smashed an apple on my truck.