Form 1

FORM 1.   Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or
Order of a UNITED STATES DISTRICT COURT

Name of United States District Court for the DISTRICT OF CONNECTICUT

Case Number 3:11CV427(JCH)

ANDREW ADAMS               ,   Plaintiff,

v.                              **NOTICE OF APPEAL**

FESTIVAL FUN PARKS         ,   Defendant.

Notice is hereby given that ANDREW ADAMS               (name all parties* taking
the appeal) in the above named case hereby appeal to the United States Court of Appeals for the
Federal Circuit from the FINAL JUDGMENT               (from the final judgment) ((from an
order) (describe the order)) entered in this action on March 12   2013   , (date).

_____
(Signature of appellant or attorney)

SABATINI AND ASSOCIATES, LLC
ONE MARKET SQUARE
NEWINGTON, CT 06111
_____
(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

107