**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals
From a Judgment or Order of a District Court.**

United States District Court for the District of

Connecticut

File Number  3:11-cv-00427 (JCH)

Andrew Adams                                   )
                      *Plaintiff,*             )
          v.                                   )              Notice of Appeal
                                               )
                                               )
Festival Fun Parks, LLC                        )
                      *Defendant.*             )

Notice is hereby given that  Andrew Adams                                     , (plaintiffs)
(defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for
the Second _____ Circuit (from the final judgment) (from an order (describing it)) entered in this
action on the 12th _____ day of March _____, 19 2013 .

                                          /s/ *Cindy Miller*
                                          Cindy A. Miller, Esq./Sabatini & Associates, LLC
                                          _____
                                                   Attorney for
                                          Plaintiff, Andrew Adams
                                          _____
                                                   Address:
                                          One Market Square, Newington, CT 06111

*See Rule 3(c) for permissible ways of identifying appellants